UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ANTHONY R. LESCH,

                Plaintiff,

   v.                                         09-cv-077

UNITED STATES OF AMERICA, et al.,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THOMAS J. McAVOY
Senior United States District Judge

## DECISION and ORDER

Plaintiff commenced the instant action seeking "just compensation" for property taken by law enforcement in August 2002. By Decision and Order dated April 3, 2009, familiarity with which is presumed, the Court dismissed this action on various grounds, including that some of the claims were barred by the Eleventh Amendment and that the subject property was the subject of the forfeiture provision of Plaintiff's plea agreement.[1]
Plaintiff now moves for reconsideration.

Plaintiff fails to identify any grounds upon which reconsideration is warranted. His motion is, therefore, DENIED.

IT IS SO ORDERED.

Dated: May 22, 2009

*Thomas J. McAvoy*
Thomas J. McAvoy
Senior, U.S. District Judge

---

[1] It further appears that Plaintiff's claims would be time-barred.